Sue Anne Melnick (SBN: 235362)
Consumer Legal Services America
7015 Santa Fe Canyon Place
San Diego, CA  92129
Tel: 858-603 7638
Fax: 435-603-7633
attorney.clsa@gmail.com
Attorneys for Plaintiff,
SARI BRANCO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARI BRANCO, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | **(Unlawful Debt Collection Practices)** |
| CREDIT COLLECTION SERVICES INC., | |
| Defendant. | |

## VERIFIED COMPLAINT

SARI BRANCO (Plaintiff), through her attorneys, CONSUMER LEGAL SERVICES AMERICA., alleges the following against CREDIT COLLECTION SERVICES INC. (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

2. Count II of the Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.
5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.
6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

**PARTIES**

7. Plaintiff is a natural person residing in Volcano, Amador County, California.
8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.
9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.
10. Defendant is a national company with an office in Newton, Middlesex County, Massachusetts.
11. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

12. Plaintiff does not owe a debt to Defendant.
13. Plaintiff believes that starting on or around December 2009 and continued for several months, Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt. (See transcribed voicemail messages attached group Exhibit A).
14. Defendant called from 866-998-5000.

15. Plaintiff believes that Defendant called from other numbers or unknown numbers.

16. Defendant called Plaintiff at 209-296-4089, Plaintiff's home number.

17. The outgoing message on Plaintiff's answering machine greeting indicates the Plaintiff's name and Plaintiff's husband's name and Plaintiff's son's name.

18. Defendant continued to make calls to Plaintiff's phone number despite the fact that the greeting indicating the Plaintiff's name and Plaintiff's husband's name.

19. Defendant left three voicemail messages on Plaintiff's answering machine. (See Exhibit A).

20. Defendant did not send Plaintiff a debt validation letter.

## COUNT I
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

21. Defendant violated the RFDCPA based on the following:

    a. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff because it called Plaintiff repeatedly when Plaintiff does not owe the alleged debt.

    b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment because it called Plaintiff repeatedly when Plaintiff does not owe the alleged debt.

    c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, SARI BRANCO, each respectfully requests judgment be entered against Defendant, CREDIT COLLECTION SERVICES INC., for the following:

22. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

23. Statutory damages for plaintiff individually pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

24. Actual damages,

25. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

26. Any other relief that this Honorable Court deems appropriate.

**COUNT II**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

27. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

28. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA because Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff each time it called Plaintiff when Plaintiff does not owe the alleged debt.

   b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff when Plaintiff does not owe the alleged debt.

   c. Defendant violated *§1692(e)* of the FDCPA because Defendant made a false, deceptive or misleading statement in connection with the collection of a debt when it made a false representation of the character, amount, or legal status of the debt in attempting to collect a debt that Plaintiff does not owe.

   d. Defendant violated *§1692e(2)(A)* of the FDCPA by falsely representing the

character, amount, and legal status of Plaintiffs' debt because Plaintiff does not owe the money Defendant is attempting to collect.

   e. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt because Plaintiff does not owe the money Defendant is attempting to collect.

WHEREFORE, Plaintiff, SARI BRANCO, respectfully requests judgment be entered against Defendant, CREDIT COLLECTION SERVICES INC., for the following:

29. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

30. Statutory damages in the amount of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

31. Actual damages,

32. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

33. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, SARI BRANCO demands a jury trial in this case.

DATED: December 29, 2010        CONSUMER LEGAL SERVICES AMERICA

                                By: _____
                                    Sue Anne Melnick
                                    Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, SARI BRANCO, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, SARI BRANCO, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
SARI BRANCO

DATE 12-28-10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT A</u>**

**Transcribed from audio files**

**Voicemail 1:**

Message left at Plaintiff's home number, 209-296-4089.

"….If the intended party cannot be reached at this number, please contact 800-998-5000 and we will cease further attempts to this number.  If you are not the intended party, please hang up at this time.  This message contains private information and should not be played in a manner that can be heard by others/   ….(music)….This call is from CCS, Credit Collection Services.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  For your privacy protection, please visit our secure website at www.warningnotice.com to access your personal account information.  Your file number is 05036201574. Thank you. "

**Voicemail 2:**

Message left at Plaintiff's home number, 209-296-4089.

"……For Travis Branco.  If the intended party cannot be reached at this number, please call 800-998-5000 and we will cease further attempts to this number.  If you are not the intended party, please hang up at this time.  This message contains private information and should not be played in a manner that can be heard by others/   ….(music)….This call is from CCS, Credit Collection Services.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  For your privacy protection, please visit our secure website at www.warningnotice.com to access your personal account information.  Your file number is 05036201574. Thank you."

**Voicemail 3:**

 Message left at Plaintiff's home number, 209-296-4089.

"….For Travis Branco.  If the intended party cannot be reached at this number, please contact 800-998-5000 and we will cease further attempts to this number.  If you are not the intended

1 party, please hang up at this time.  This message contains private information and should not be
2 played in a manner that can be heard by others/    ….(music)….This call is from CCS, Credit
3 Collection Services.  This is an attempt to collect a debt and any information obtained will be
4 used for that purpose.  For your privacy protection, please visit our secure website at
5 www.warningnotice.com to access your personal account information.  Your file number is
6 05036201574. Thank you. "