1  Sue Anne Melnick (SBN: 235362)
   Consumer Legal Services America
   7015 Santa Fe Canyon Place
2  San Diego, CA  92129
   Tel: 858-603 7638
3  Fax: 435-603-7633
   attorney.clsa@gmail.com
4  Attorneys for Plaintiff,
   SARI BRANCO
5

6

7

8                  **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11  SARI BRANCO,                    ) **Case No.:** 2:10-cv-03490-MCE -JFM
                                    )
12            Plaintiff,            )
                                    )
13       v.                        ) **ORDER GRANTING STIPULATION OF**
                                    ) **DISMISSAL WITH PREJUDICE**
14  CREDIT COLLECTION SERVICES INC., )
                                    )
15            Defendant.           )

16

17       Having considered the Stipulation of Dismissal with Prejudice filed by Plaintiff Sari

18  Branco and Defendant Credit Collection Services, Inc.,

19       IT IS HEREBY ORDERED that the above captioned action is dismissed with prejudice.

20  The Clerk of Court is hereby directed to close the file.

21  Dated:  January 18, 2012

22

23  _____
    MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE
24

25

                                    - 1 -

                    Stipulation of Dismissal With Prejudice