Sue Anne Melnick (SBN: 235362)
Consumer Legal Services America
7015 Santa Fe Canyon Place
San Diego, CA  92129
Tel: 858-603 7638
Fax: 435-603-7633
attorney.clsa@gmail.com
Attorneys for Plaintiff,
SARI BRANCO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARI BRANCO,<br><br>          Plaintiff,<br><br>     v.<br><br>CREDIT COLLECTION SERVICES INC.,<br><br>          Defendant. | **Case No.:** 2:10-cv-03490-MCE -JFM<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Having considered the Stipulation of Dismissal with Prejudice filed by Plaintiff Sari Branco and Defendant Credit Collection Services, Inc.,

IT IS HEREBY ORDERED that the above captioned action is dismissed with prejudice. The Clerk of Court is hereby directed to close the file.

Dated:  January 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE