Sue Anne Melnick (SBN 235362)
Consumer Legal Services America
7015 Santa Fe Canyon Place
San Diego, CA  92129
858-603-7638
Attorney.clsa@gmail.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARI BRANCO,<br><br>   Plaintiff,<br><br>vs.<br><br>CREDIT COLLECTION SERVICES, INC.,<br><br>   Defendant. | Case No.: 2:10-CV-03490-MCE-EFB<br><br>**ORDER RE:  PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS**<br><br>**Hon.        Morrison C. England, Jr.**<br>**Dept.:       7**<br>**Hearing Date:  March 22, 2012**<br>**Hearing Time:  2:00 p.m.** |

Upon consideration of Plaintiff's Request to Appear Telephonically at the Hearing on Motion for Award of Attorneys Fees and Costs,

IT IS HEREBY ORDERED, that Plaintiff's Motion is GRANTED.  Plaintiff's counsel is directed to be available at the telephone number listed above fifteen (15) minutes before the hearing is scheduled to commence.

Dated:  March 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -